No. 87–12. EASTERN CONNECTICUT HEALTH SERVICES, INC., DBA NEW LONDON CONVALESCENT HOME v. NATIONAL LABOR

RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. ██